IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICHARD MICHAEL PAGE      *

    v.      *      Civil No. CCB-18-3863

GAMING AND LEISURE PROPERTIES, INC., *
et al.

**************

## MEMORANDUM

The plaintiff Richard M. Page, representing himself, filed suit against Gaming and Leisure Properties, Inc. ("Gaming"); the Town of Perryville ("Town"); and Officer Gerard Morgan ("Morgan'). He alleged numerous claims arising from an incident on August 10, 2018 at the Hollywood Casino in Perryville, Maryland. All defendants have moved to dismiss or for summary judgment. Page was sent notice of his right to respond but has not done so.

It appears that Page was arrested by Officer Morgan and others for disorderly conduct, probably a result of intoxication. He pled guilty in the District Court of Maryland for Cecil County on December 3, 2018, was sentenced, and filed a notice of appeal the same day. There are no facts alleged or any proffered evidence that would show Gaming is liable for the events that followed Page's becoming intoxicated. Nor are there any facts alleged or shown by proffered evidence that would establish any claim including malicious prosecution, excessive force, or <u>Monell</u> liability against Officer Morgan or the Town.

Accordingly, the motions will be granted by separate Order which follows.

4/8/19
Date

_CCB_
Catherine C. Blake
United States District Judge